**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Joseph ZIADEH, Defendant–Appellant.**

**No. 11–7309.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 29, 2012.

Decided: March 16, 2012.

Joseph Ziadeh, Appellant Pro Se. Gurney Wingate Grant, II, Jonathan Holland Hambrick, Assistant United States Attorneys, Gregg Robert Nivala, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Ziadeh appeals the district court's order denying his motions to modify final restitution payment and to direct the Government to stay the tax lien sale of certain property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Ziadeh,* No. 3:02–cr–00273–JRS–1 (E.D.Va. Sept. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*